1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   JEFFREY CHEN, CSBN 260516
4  Special Assistant United States Attorney
        Social Security Administration
5       160 Spear Street, Suite 800
        San Francisco, CA  94105
6       Telephone:  (415) 977-8939
        Facsimile:  (415) 744-0134
7       Email:  Jeffrey.Chen@ssa.gov
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DIANE BROWN,<br><br>   Plaintiff,<br><br>         v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | No. CV 11-7968-AJW<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

6/15/12

DATED: _____          _____
                                 HONORABLE ANDREW J. WISTRICH
                                 UNITED STATES MAGISTRATE JUDGE